UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BILLY RAY MURRELL,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | CIVIL ACTION NO. |
| VS.        ) | |
| ) | 3:12-CV-3757-G (BN) |
| CAROLYN W. COLVIN, Acting        ) | |
| Commissioner of Social Security,        ) | |
| ) | |
| Defendant.        ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated August 6, 2013, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

August 29, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**